NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHELL USA, INC., FKA SHELL OIL COMPANY,**
*Appellant*

**v.**

**SCIENTIFIC DESIGN LLC, FKA SCIENTIFIC DESIGN CO., INC.,**
*Appellee*

---

2023-1937, 2023-1938, 2023-1939

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-01537, IPR2022-00158, IPR2022-00159.

---

## JUDGMENT

---

NATHAN R. SPEED, Wolf Greenfield & Sacks, P.C., Boston, MA, argued for appellant. Also represented by RICHARD F. GIUNTA, GERALD B. HRYCYSZYN.

CATHERINE EMILY STETSON, Hogan Lovells US LLP, Washington, DC, argued for appellee. Also represented by CELINE JIMENEZ CROWSON, WILLIAM HAVEMANN, NICHOLAS ROTZ; JOHANNAH CASSEL-WALKER, San Francisco, CA;

BENJAMIN C. HSING, Venable LLP, New York, NY; JUSTIN J. OLIVER, Washington, DC.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, HUGHES and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 7, 2025
Date

Jarrett B. Perlow
Clerk of Court